UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA BELLA BOWMAN, | § § § § | |
| Petitioner, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 1:20-CV-189 |
| JOSE GARCIA LONGORIA, JR., *et al.*, | | |
| Respondents. | | |

## **ORDER**

In November 2020, Petitioner Alma Bella Bowman filed a Writ of Habeas Corpus and Request for Temporary Restraining Order, requesting her release from custody. (Petition, Doc 1) Petitioner now moves to dismiss her claims without prejudice as she has been released. (Motion, Doc. 10) The motion is unopposed.

Federal Rule of Civil Procedure Rule 41(a)(2) permits an action to be dismissed at the plaintiff's request by court order on terms the court considers proper. Accordingly, it is:

**ORDERED** that all causes of action by Petitioner Alma Bella Bowman are **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on February 4, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge